**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MATTHEW TRAVIS HOUSTON,

Plaintiff,

v.

JAMES DZURENDA, et al.,

Defendants.

Case No. 2:25-cv-02159-ART-NJK

**ORDER**

[Docket No. 44]

On April 10, 2026, the Court screened Plaintiff's complaint under 28 U.S.C. § 1915A. Docket No. 36. The Court dismissed the complaint without prejudice and with leave to amend within 30 days. Following the Court's order, Plaintiff filed a motion titled "Motion for Enlargement of Time to File Amended Complaint and Hearing Requested." Docket No. 38. The Court extended the deadline for Plaintiff to file an amended complaint until June 10, 2026, and denied his request for a hearing. Docket No. 40. The Court also directed Plaintiff to file his updated address with the Court and file an application to proceed *in forma pauperis* for non-prisoners. *Id.*

Following the Court's order, Plaintiff paid the filing fee in full, filed an application to proceed *in forma pauperis*, and filed a document titled "Response to Order." Docket Nos. 42, 43, 44. In light of Plaintiff paying the filing fee, the Court denies his application to proceed *in forma pauperis* as moot. Plaintiff did not file an updated address; however, he listed 3400 Paradise Rd. #191; Las Vegas, NV 89169 as his return address on his Response to Order. Docket No. 43 at 3. The Court will construe this as Plaintiff's current address.

In Plaintiff's Response to Order, Plaintiff requests a hearing. *Id.* at 1. He also states that all his documents must be investigated, that the Nevada Courts cannot keep neglecting him, and that he requires time to draft an amended complaint. *Id.* at 2. The Court construes this as a request for an extension. It is not the role of the Court to investigate Plaintiff's claims or direct anyone

else to investigate Plaintiff's claims on his behalf. Plaintiff is responsible for managing his legal claims and his lawsuit himself. Furthermore, at this preliminary screening stage, the Court will take any well-pleaded allegations as true. Therefore, Plaintiff does not need to present exhibits or evidence to support his factual allegations. He only needs to clearly allege the facts of his case and state what claims he is bringing based on those factual allegations. The Court will not consider holding any hearings in this case until after Plaintiff has filed an amended complaint.

Plaintiff does not request a specific timeline to file an amended complaint or explain why he needs an extension. It has already been over three months since the Court screened Plaintiff's complaint. In light of Plaintiff's *pro se* status, the Court will grant him an extension until August 19, 2026, to file a complete first amended complaint. However, barring unusual circumstances, the Court does not anticipate granting any further extensions. Pursuant to the Court's screening order, if Plaintiff fails to file an amended complaint by this extended deadline, this case will be subject to dismissal.

For the foregoing reasons, **IT IS ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis*, Docket No. 44, is **DENIED** as moot.

2. The Court construes the return address written on Plaintiff's Response to Order as his current address. The Clerk of the Court is directed to update Plaintiff's address to 3400 Paradise Rd. #191; Las Vegas, Nevada 89169.

3. The Court extends the deadline for Plaintiff to file an amended complaint to August 19, 2026. Pursuant to the Court's screening order, if Plaintiff fails to file an amended complaint by this extended deadline, this case will be subject to dismissal.

IT IS SO ORDERED.

DATED: July 20, 2026

Nancy J. Koppe
United States Magistrate Judge